IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOYDALE KIRVEN,

    Plaintiff,

vs.                                                      No. CV 16-01361 KG/LF

MATT MAPLES, et al.,

    Defendants.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the Complaint for Violation of Civil Rights filed by Plaintiff Loydale Kirven on December 12, 2016 (Doc. 1) and the Court having entered its Order dismissing the Complaint without prejudice for failure to comply with a Court order, and failure to prosecute,

**IT IS ORDERED** that **JUDGMENT** is entered and the Complaint for Violation of Civil Rights filed by Plaintiff Loydale Kirven (Doc. 1) is **DISMISSED** without prejudice.

_____
UNITED STATES DISTRICT JUDGE